FORM C9B
1ECB921757 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

_____

**ROBERT KALFUS,,**

    PLAINTIFF

– vs. –

**THE NEW YORK AND PRESBYTERIAN HOSPITAL, ET AL.,,**

    DEFENDANT
_____

Index No: **07–CV11455**
Date Filed: **12/20/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**NARCES WHITE** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/21/2007** at **11:16AM** at **100 CHURCH STREET, NEW YORK, NY**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMEKIA MENDES–GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**      COLOR: **BLACK**      HAIR: **BLACK**
APP. AGE: **28**      APP. HT: **5'7**      APP. WT: **140**
OTHER IDENTIFYING FEATURES:

Sworn to before me on 12/21/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

NARCES WHITE –1270728
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP