1ECB921758 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

**ROBERT KALFUS,,**

    PLAINTIFF
  – vs. –

**THE NEW YORK AND PRESBYTERIAN HOSPITAL, ET AL.,,**

    DEFENDANT

---

Index No: **07–CV11455**
Date Filed: **12/20/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/21/2007** at **4:07PM** at **622 WEST 168TH STREET, PH2–WEST, ROOM 205 C/O RISK MANAGMENT DEP'T/ LEGAL AFFAIRS, NEW YORK, NY**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **THE NEW YORK AND PRESBYTERIAN HOSPITAL** the **DEFENDANT** therein named by delivering to, and leaving personally with **SHIRLEY MERAGH, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **55** | APP. HT: **5'0** | APP. WT: **115** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on 12/26/2007

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133109
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG