UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

**ROBERT KALFUS,,**

    PLAINTIFF

– vs. –

**THE NEW YORK AND PRESBYTERIAN HOSPITAL, ET AL.,,**

    DEFENDANT

---

Index No: **07–CV11455**
Date Filed: **12/20/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/21/2007** at **4:07PM** at **622 WEST 168TH STREET, PH2–WEST, ROOM 205 C/O THE NEW YORK AND PRESBYTERIAN HOSPITAL RISK MANAGMENT DEP"T/ LEGAL AFFAIRS, NEW YORK, NY** , I served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **SPECIAL PATROLMAN ARNOLD PALMER** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with **SHIRLEY MERAGH, CO–WORKER OF THE DEFENDANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **55** | APP. HT: **5'0** | APP. WT: **115** |

OTHER IDENTIFYING FEATURES:

On **12/21/2007** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **DEFENDANT** at **622 WEST 168TH STREET, PH2–WEST, ROOM 205 C/O THE NEW YORK AND PRESBYTERIAN HOSPITAL RISK MANAGMENT DEP"T/ LEGAL AFFAIRS, NEW YORK, NY** . That address being **actual place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on **12/26/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
CS