25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1ECB926099 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED DISTRICT SOUTHERN DISTRICT COURT – NEW YORK COUNTY

---

ROBERT KALFUS,
    PLAINTIFF
– vs. –

THE NEW YORK AND PRESBYTERIAN HOSPITAL ET AL,
    DEFENDANT

---

Index No: **07CV11455**
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon the **DEFENDANT LIEUTENANT EGUENE WHYTE** on **01/08/2008** at **02:14PM** at **ONE POLICE PLAZA ROOM 1320 %OFFICE OF THE DEPUTY COMMISONER POLICE HEADQUARTERS, NEW YORK, NY** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **SGT " JOHN" NIEVES, CO–WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:
    SEX: **MALE**      COLOR: **BROWN**      HAIR: **BLACK**
    APP. AGE: **35**      APP. HT: **5'11**      APP. WT: **180**
    OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **01/09/2008** by first class mail to:

**LIEUTENANT EGUENE WHYTE
ONE POLICE PLAZA ROOM 1320 %OFFICE OF THE DEPUTY COMMISONER POLICE HEADQUARTERS, NEW YORK, NY**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **01/09/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML