UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT KALFUS,

               Plaintiff,

- against -

THE NEW YORK AND PRESBYTERIAN
HOSPITAL; SPECIAL PATROLMAN SERGEANT
STEVEN RODRIGUEZ, SPECIAL PATROLMAN
ARNOLD PALMER; SPECIAL PATROLMEN JOHN
DOES #1-4; THE CITY OF NEW YORK;
LIEUTENANT EUGENE WHYTE; NEW YORK
CITY POLICE OFFICERS JOHN DOES #5-8,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x



07 CIV. 11455(DAB)

STIPULATION AND
ORDER



IT IS HEREBY STIPULATED that the time of defendants The New York Presbyterian Hospital, Steven Rodriguez and Arnold Palmer to move against or answer the complaint is extended from January 10, 2008 to and including January 25, 2008. This is the first such extension.

New York, New York
January 10, 2008

                    EMERY CELLI BRINCKERHOFF
                    & ABADY LLP

                    By: _____
                    Ilann M. Maazel
                    75 Rockefeller Plaza, 20th Floor
                    New York, New York 10019
                    (212) 763-5000
                    Attorneys for Plaintiff

**SO ORDERED**

_Deborah A. Batts_
UNITED STATES DISTRICT JUDGE

NY.234657v1

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth J. Kelly
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendants The New York
Presbyterian Hospital, Rodriquez and Palmer

SO ORDERED:

_____
U.S.D.J

NY:2346370v1

- 2 -