UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT KALFUS,                                  :

                     Plaintiff,          :          No. 07 CV 11455(DAB)

         -against-                       :

                                 :          **DISCLOSURE**
THE NEW YORK AND PRESBYTERIAN HOSPITAL; :          **STATEMENT**
SPECIAL PATROLMAN SERGEANT STEVEN      :
RODRIGUEZ, SPECIAL PATROLMAN ARNOLD    :
PALMER; SPECIAL PATROLMEN JOHN DOES # 1-4; :
THE CITY OF NEW YORK; LIEUTENANT EUGENE :
WHYTE; NEW YORK CITY POLICE OFFICERS   :
JOHN DOES # 5-8,                        :

                    Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Fed. R. Civ. P. 7.1 and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant The New York and Presbyterian Hospital certifies that it is a New York not-for-profit corporation and that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
       January 25, 2006

                              EPSTEIN BECKER & GREEN, P.C.

                              By:                      
                                  Kenneth J. Kelly
                                  Michael Liberman
                                  250 Park Avenue
                                  New York, New York  10177
                                  (212) 351-4500
                                  kkelly@ebglaw.com
                                  mliberman@ebglaw.com

                                *Attorney for Defendants The New York*
                                 *and Presbyterian Hospital, Steven*
                                *Rodriguez, and Arnold Palmer*