UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT KALFUS,

       Plaintiff

  -against-

THE NEW YORK and PRESBYTERIAN HOSPITAL, et al.,

       Defendants
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 15, 2008

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11455 (DAB)(DFE)

The Court hereby amends its Order of Reference of April 11, 2008.

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____
_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
              April 15, 2008

*Deborah A. Batts*
United States District Judge