RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Apr. 25, 2008

April 10, 2008



RECEIVED
APR 11 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**By Hand**

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

    Re:    *Robert Kalfus v. The New York and Presbyterian Hospital et al.*,
           07 Civ. 11455 (DAB) (DFE)

Your Honor:

    Our firm represents plaintiff Robert Kalfus in the above-captioned action and we write pursuant to Fed. R. Civ. P. 26(f), on behalf of all parties regarding our recent discovery conference in anticipation of the initial pretrial conference scheduled April 25, 2008.

    Mr. Kalfus, a professional news photographer for over three decades, brings this civil rights action based on his allegations that Defendants unlawfully arrested, charged and injured him on the afternoon of May 14, 2007, while he was waiting in front of The New York and Presbyterian Hospital, because Mr. Kalfus was a member of the media.

    The parties have now met and conferred and agreed to the following proposed dates for discovery:

| Event | Date |
|---|---|
| Exchange of 26(a)(1) Disclosures | April 25 |
| Close of Fact Discovery | September 30 |
| Exchange of Expert Reports | October 15 |
| Exchange of Rebuttal Reports | November 17 |
| Close of Expert Discovery | December 5 |

/DAB/
GRANTED
April 25, 2008

    The parties respectfully request that discovery disputes be submitted to Magistrate Judge Eaton who has been assigned to this matter. At this time, the parties do not anticipate any particular

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

EMERY CELLI BRINCKERHOFF & ABADY LLP
Hon. Deborah A. Batts
April 10, 2008
Page 2 of 2

issues with regard to privilege. The parties agree to the limitations of discovery provided for by the Federal Rules.

Respectfully Submitted,

O. Andrew F. Wilson

c:    Asfaan Saleem, Esq. (*by fax*)
      Kenneth J. Kelly, Esq. (*by fax*)