EPSTEIN BECKER & GREEN, P.C.
Kenneth J. Kelly
Michael Liberman
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
The New York and Presbyterian Hospital,
Steven Rodriguez, and Arnold Palmer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
ROBERT KALFUS,

                Plaintiff,

      -against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL;
SPECIAL PATROLMAN SERGEANT STEVEN
RODRIGUEZ; SPECIAL PATROLMAN ARNOLD
PALMER; SPECIAL PATROLMEN JOHN DOES # 1-4;
THE CITY OF NEW YORK; LIEUTENANT EUGENE
WHYTE; NEW YORK CITY POLICE OFFICERS
JOHN DOES # 5-8,

                Defendants.
------------------------------------------------- x

No. 07 CV 11455(DAB)

NOTICE OF APPEARANCE

TO THE CLERK:

      PLEASE TAKE NOTICE THAT Michael Liberman of EPSTEIN BECKER & GREEN, P.C. hereby enters an appearance as counsel for Defendants in the above-captioned matter. Please serve all notices and electronic notifications related to the within matter to the undersigned.

Dated: New York, New York
      May 22, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____/s/ Michael Liberman_____
     Michael Liberman
     mliberman@ebglaw.com